MR CURTIE LEE SHEPPARD JR
MI UNIT - # 1656666
2664 FM 2054
TENNESSEE COLONY, TX 75884

19,359-20

JUNE 7, 2016
ABEL ACOSTA, CLERK.
COURT OF CRIMINAL APPEALE OF TEXAE
    P.O.BOX 12308, CAPITOL STATION
AUSTIN, TEXAE 78711

RE: FILING OF RELATOR'S NOTICE OF APPEAL

DEAR CLERK:

PLEASE FIND ENCLOSED RELATOR'S NOTICE OF APPEAL
TO BE FILED AND FORWARDED TO THE CLERK OF THE
SUPREME COURT OF TEXAE AE REQUIRED BY TEXAE
RULES OF APPELLATE PROCEDURE OPERATION OF LAW
THANK YOU IN ADVANCE,

RESPECTIVELY.
Curtis Lee Sheppard Jr
CURTIE LEE SHEPPARD JR
RELATOR PRO SE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 13 2016

Abel Acosta, Clerk

( COVER SHEET )

IN RE CURTIS LEE SHEPPARD, JR,      *
     RELATOR,      *   CAUSE NO. 24,780-B1
VS.      *
HONORABLE JUDGE BARNEY FUDGE,      * WRIT NO. 19,359-01
     RESPONDENT      *

## RELATOR'S NOTICE OF APPEAL

PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE, RULE 25.2(b), NOTICE IS HEREBY GIVEN THAT RELATOR CURTIS LEE SHEPPARD, JR, IN THE ABOVE-NAMED CAUSE, HEREBY APPEAL TO THE SUPREME COURT OF TEXAS FROM THE DENIED WITHOUT WRITTEN ORDER MOTION FOR LEAVE TO FILE THE ORIGINAL APPLICATION FOR WRIT OF MANDAMUS ENTERED IN THIS ACTION ON THE 1ST DAY OF JUNE, 2016

*Curtis Lee Sheppard Jr*
CURTIS LEE SHEPPARD, JR
MS UNIT - # 1656666
2664 FM 2054
TENNESSEE COLONY, TX 75886

## CERTIFICATE OF SERVICE

I, CURTIS LEE SHEPPARD, JR, RELATOR, DO HEREBY CERTIFY THAT TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PLEADING HAS BEEN SERVED ON ABEL ACOSTA ON THIS THE 8TH DAY OF JUNE, 2016, AT CLERK, COURT OF CRIMINAL APPEALS, P.O. BOX 12308, CAPITOL STATION, AUSTIN, TX 78711

*Curtis Lee Sheppard Jr*
CURTIS LEE SHEPPARD, JR
RELATOR PRO SE

1.